In the Matter of JOHN P. RUSSELL, an attorney-at-law.

October 12, 1971. John P. Russell of Jersey City reprimanded. (Opinion reported at 59 *N. J.* 315)

In the Matter of JACK PINCUS, an attorney-at-law.

October 21, 1971. Jack Pincus of New Brunswick reprimanded. (Opinion reported at 59 *N. J.* 321)

In the Matter of GEORGE J. SHAMY, an attorney-at-law.

October 21, 1971. It is Ordered that George J. Shamy of New Brunswick is suspended for a period of two years commencing July 31, 1971 and until further order of the court. (Opinion reported at 59 *N. J.* 321)

October 21, 1971. George Shamy of New Brunswick reprimanded. (Opinion reported at 59 *N. J.* 319)

In the Matter of ROBERT D. HUTCHISON, an attorney-at-law.

October 26, 1971. It is Ordered that Robert D. Hutchison of Somerville is suspended for a period of one year and until further order of the Court. (Opinion reported at 59 *N. J.* 327)